

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

David Gracia,                              * From the 385th District Court
                                             of Midland County,
                                             Trial Court No. CV53083.

Vs. No. 11-18-00106-CV                     * July 19, 2018

Mark Layne Cockerham,                      * Per Curiam Memorandum Opinion
                                             (Panel consists of: Willson, J.,
                                             Bailey, J., and Wright, S.C.J.,
                                             sitting by assignment)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against David Gracia.